**94–1945 and 94–1946.** Brookbank v. Gray. *Hamilton County,* No. C–930312. On motion to strike. Motion denied.

DOUGLAS, J., would also deny sanctions and *sua sponte* allow the filing of appellee's brief. PFEIFER, J., dissents.